

**NUMBERS 13-07-00583-CR AND 13-07-00584-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**GEORGE ARTHUR MERRILL,**                                      **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                         **Appellee.**

---

**On Appeal from the 105th District Court
of Kleberg County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, George Arthur Merrill, by and through his attorney, has filed motions to dismiss his appeals because he no longer desires to prosecute them. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the cases, we grant appellant's motions to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals.

Having dismissed the appeals at appellant's request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this 21st day of August, 2008.